# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| *In re* Subpoena to Non-Party Lindsey O. Graham in his official capacity as United States Senator,<br><br>in the matter of:<br><br>Special Purpose Grand Jury, Fulton County Superior Court Case No. 2022-EX-000024. | Case No. _____ |

## EXPEDITED MOTION TO QUASH
## BY UNITED STATES SENATOR LINDSEY GRAHAM

United States Senator Lindsey Graham ("Senator Graham") hereby moves the Court for an order quashing the subpoena issued to him by the Special Purpose Grand Jury in the Superior Court for Fulton County, Georgia on July 26, 2022.

As set forth in the accompanying memorandum of law in support of this motion, the subpoena must be quashed for three reasons. First, the Speech or Debate Clause—which our Framers thought "indispensably necessary" for the independence of the legislature, and ultimately for the "rights of the people," *Tenney v. Brandhove*, 341 U.S. 367, 373–74 (1951)—provides absolute protection against inquiry into Senator Graham's legislative acts. Second, sovereign immunity prevents a local prosecutor from haling a U.S. Senator to face a state ad hoc

1

investigatory body. And third, even without those constitutional guarantees, the District Attorney has not met her burden of compelling this testimony, because she has not shown the "extraordinary circumstances" necessary to order a high-ranking federal official to testify.

For these reasons, the subpoena is improper, and Senator Graham respectfully requests that the Court quash the subpoena in its entirety.

| | |
|---|---|
| Date: July 29, 2022 | Respectfully submitted, |
| | /s/ Brian C. Lea |
| DONALD F. MCGAHN II | BRIAN C. LEA |
| *Application for admission pro hac vice forthcoming* | Georgia Bar No. 213529 |
| ROBERT LUTHER III | JONES DAY |
| *Application for admission pro hac vice forthcoming* | 1221 Peachtree Street, N.E., Suite 400 |
| JONES DAY | Atlanta, Georgia 30361 |
| 51 Louisiana Ave., NW | (404) 521-3939 |
| Washington, DC 20001 | blea@jonesday.com |
| (202) 879-3939 | |
| dmcgahn@jonesday.com | E. BART DANIEL |
| rluther@jonesday.com | *Application for admission pro hac vice forthcoming* |
| | MARSHALL T. AUSTIN |
| | *Application for admission pro hac vice forthcoming* |
| | NELSON MULLINS RILEY & SCARBOROUGH LLP |
| | 151 Meeting Street, Suite 600 |
| | Charleston, SC 29401 |
| | (843) 853-5200 |
| | bart.daniel@nelsonmullins.com |
| | matt.austin@nelsonmullins.com |

*Counsel for United States Senator Lindsey Graham*

## **CERTIFICATE OF COMPLIANCE WITH LR 5.1(B)**

I hereby certify that this brief has been prepared with one of the font, point, and style selections approved by the Court in LR 5.1(B)—namely, double-spaced in 14-point Times New Roman font.

Date: July 29, 2022

/s/ Brian C. Lea
BRIAN C. LEA
Georgia Bar No. 213529
JONES DAY
1221 Peachtree Street, N.E.,
Suite 400
Atlanta, Georgia 30361
(404) 521-3939
blea@jonesday.com

*Counsel for United States Senator Lindsey Graham*

## CERTIFICATE OF SERVICE

I hereby certify that on July 29, 2022, I caused a copy of the foregoing to be served via U.S. Mail on the following recipients:

Fani T. Willis
Fulton County District Attorney's Office
136 Pryor Street SW
3rd Floor
Atlanta, Georgia 30303

Date: July 29, 2022                    /s/ Brian C. Lea
                                       BRIAN C. LEA
                                       Georgia Bar No. 213529
                                       JONES DAY
                                       1221 Peachtree Street, N.E.,
                                       Suite 400
                                       Atlanta, Georgia 30361
                                       (404) 521-3939
                                       blea@jonesday.com

                                       *Counsel for United States Senator Lindsey Graham*