# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| *In re* Subpoena to Non-Party Lindsey O. Graham in his official capacity as United States Senator,<br><br>in the matter of:<br><br>Special Purpose Grand Jury, Fulton County Superior Court Case No. 2022-EX-000024. | Case No. _____ |

## SENATOR LINDSEY O. GRAHAM'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

In accordance Local Rule 3.3, Senator Lindsey O. Graham ("Senator Graham") respectfully submits this Certificate of Interested Persons and Corporate Disclosure Statement.

1. The undersigned counsel of record for Senator Graham certifies that the following is a full and complete list of all parties in this action, including any parent corporation and any publicly held corporation that owns 10% or more of the stock of a party:

    (a) Senator Lindsey O. Graham

    (b) Fani T. Willis, Fulton County District Attorney

    (c) Special Purpose Grand Jury, Fulton County Superior Court

2. The undersigned counsel further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this particular case:

Counsel for Senator Graham is aware of no other persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this particular case.

3. The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for the parties in this proceeding:

(a) Brian C. Lea, Donald F. McGahn II, Robert Luther III and the law firm JONES DAY as attorneys for Senator Graham.

(b) E. Bart Daniel, Marshall T. Austin, and the law firm NELSON MULLINS RILEY & SCARBOROUGH LLP as attorneys for Senator Graham.

(c) Fani T. Willis, Nathan Wade, and the Fulton County District Attorney's Office on behalf of the Special Purpose Grand Jury.

(Signature page follows)

| | |
|---|---|
| Date: July 29, 2022 | Respectfully submitted, |
| | /s/ Brian C. Lea |
| DONALD F. MCGAHN II | BRIAN C. LEA |
| *Application for admission* | Georgia Bar No. 213529 |
| *pro hac vice forthcoming* | JONES DAY |
| ROBERT LUTHER III | 1221 Peachtree Street, N.E., |
| *Application for admission* | Suite 400 |
| *pro hac vice forthcoming* | Atlanta, Georgia 30361 |
| JONES DAY | (404) 521-3939 |
| 51 Louisiana Ave., NW | blea@jonesday.com |
| Washington, DC 20001 | |
| (202) 879-3939 | E. BART DANIEL |
| dmcgahn@jonesday.com | *Application for admission* |
| rluther@jonesday.com | *pro hac vice forthcoming* |
| | MARSHALL T. AUSTIN |
| | *Application for admission* |
| | *pro hac vice forthcoming* |
| | NELSON MULLINS RILEY & |
| | SCARBOROUGH LLP |
| | 151 Meeting Street, |
| | Suite 600 |
| | Charleston, SC 29401 |
| | (843) 853-5200 |
| | bart.daniel@nelsonmullins.com |
| | matt.austin@nelsonmullins.com |

*Counsel for United States Senator Lindsey Graham*

## **CERTIFICATE OF COMPLIANCE WITH LR 5.1(B)**

I hereby certify that this brief has been prepared with one of the font, point, and style selections approved by the Court in LR 5.1(B)—namely, double-spaced in 14-point Times New Roman font.

Date: July 29, 2022

*/s/ Brian C. Lea*
BRIAN C. LEA
Georgia Bar No. 213529
JONES DAY
1221 Peachtree Street, N.E.,
Suite 400
Atlanta, Georgia 30361
(404) 521-3939
blea@jonesday.com

*Counsel for United States Senator Lindsey Graham*

## CERTIFICATE OF SERVICE

I hereby certify that on July 29, 2022, I caused a copy of the foregoing to be served via U.S. Mail on the following recipients:

Fani T. Willis
Fulton County District Attorney's Office
136 Pryor Street SW
3rd Floor
Atlanta, Georgia 30303

| | |
|---|---|
| Date: July 29, 2022 | */s/ Brian C. Lea* <br> BRIAN C. LEA <br> Georgia Bar No. 213529 <br> JONES DAY <br> 1221 Peachtree Street, N.E., <br> Suite 400 <br> Atlanta, Georgia 30361 <br> (404) 521-3939 <br> blea@jonesday.com <br><br> *Counsel for United States Senator Lindsey Graham* |