IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE: SUBPOENA TO NON-PARTY LINDSEY O. GRAHAM in his official capacity as United States Senator, <br><br>In the matter of: <br><br>SPECIAL PURPOSE GRAND JURY, FULTON COUNTY SUPERIOR COURT CASE NO. 2022-EX-000024. | CIVIL ACTION NO. 1:22-cv-03027-LMM |

## ORDER

This matter is before the Court on United States Senator Lindsey Graham's Motion to Expedite Proceedings. Dkt. [3]. For good cause shown, the Motion is **GRANTED**. The Office of the Fulton County District Attorney is hereby **ORDERED** to respond to Senator Graham's Expedited Motion to Quash, Dkt. [2], by noon on Thursday, August 4, 2022. Any reply shall be filed by noon on Friday, August 5, 2022.

A hearing on the motion is set for **Wednesday, August 10, 2022, at 2:00 PM in Courtroom 2107** of the Richard B. Russell Federal Building, 75 Ted Turner Dr. S.W., Atlanta, Georgia 30303.

**IT IS SO ORDERED** this 1st day of August, 2022.

*/s/ Leigh Martin May*
**Leigh Martin May**
**United States District Judge**