IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

IN RE: SUBPOENA TO NON-PARTY     :
LINDSEY O. GRAHAM in his official  :
capacity as United States Senator,  :          CIVIL ACTION NO.
                                                         :          1:22-cv-03027-LMM
In the matter of:                              :
                                                         :
SPECIAL PURPOSE GRAND JURY,  :
FULTON COUNTY SUPERIOR         :
COURT CASE NO. 2022-EX-            :
000024.                                          :
                                                         :

## ORDER

This matter is before the Court on a Motion for Leave to File Brief as Amici

Curiae. Dkt. No. [8]. Any opposition to the motion **SHALL** be filed by 5:00 p.m.

on Monday, August 8, 2022.

**IT IS SO ORDERED** this 5th day of August, 2022.

**Leigh Martin May**
**United States District Judge**