# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

## 1:22-cv-03027-LMM
## Fulton County Special Purpose Grand Jury v. Graham
## Honorable Leigh Martin May

Minute Sheet for proceedings held In Open Court on 08/10/2022.

| | |
|---|---|
| TIME COURT COMMENCED: 1:59 P.M. | COURT REPORTER: Montrell Vann |
| TIME COURT CONCLUDED: 3:50 P.M. | CSO/DUSM: 2 CSOs |
| TIME IN COURT: 1:51 | DEPUTY CLERK: Brittany Poley |
| OFFICE LOCATION: Atlanta | |

ATTORNEY(S) PRESENT: Edward Daniel representing Lindsey Graham
Brian Lea representing Lindsey Graham
Donald McGahn representing Lindsey Graham
Francis Wakeford representing Fulton County Special Purpose Grand Jury
\*\* Nathan Wade representing Fulton County Special Purpose Grand Jury
\*\* Will Wooten representing Fulton County Special Purpose Grand Jury

PROCEEDING CATEGORY: Motion Hearing (Motion Hearing Non-evidentiary)

MOTIONS RULED ON: [2] Motion to Quash TAKEN UNDER ADVISEMENT

MINUTE TEXT: Oral argument was held on Senator Graham's Expedited Motion to Quash [2]. The motion was taken under advisement. A written order will follow. Counsel for Senator Graham shall respond to the amicus brief and the burden of proof issues by noon on Thursday, August 11th. If Fulton County intends to respond, it shall do so by 9:00 AM on Friday, August 12th.

HEARING STATUS: Hearing Concluded