# EXHIBIT 2

https://researchga.tylerhost.net/CourtRecordsSearch/ViewCasePrint/c61b637452bc58a9936fa1e583a20069

## Case Information

# EX PARTE: CHRISTOPHER BRASHER
2022-EX-000024

| Location | Case Category | Case Type | Case Filed Date |
|---|---|---|---|
| Fulton - Superior Court | Civil | SESGJ | 1/24/2022 |

Case Status
Closed (Closed)

## Parties [1]

| Type | Name | Attorneys |
|---|---|---|
| EX PARTE | CHRISTOPHER BRASHER | |

## Events [64]

| Date | Event | Type | Comments | Documents |
|---|---|---|---|---|
| 1/24/2022 | Filing | ADMINISTRATIVE CLOSURE OF CASE PER EX-PARTE ORDER | | No Documents ⓘ |
| 1/24/2022 | Filing | SORDOTJ | ORDER APPROVING REQUEST FOR SPECIAL PURPOSE GRAND JURY | EX PARTE ORDER OF THE JUDGE.pdf |
| 5/25/2022 | Filing | SORDOTJ | CERTIFICATE OF MATERIAL WITNESS PURSUANT TO UNIFORM ACT TO SECURE THE ATTENDANCE OF WITNESSES FROM WITHOUT THE STATE, CODIFIED IN THE STATE OF GEORGIA AS OCGA 24-13-90 ET SEQ | EX PARTE ORDER OF THE JUDGE.pdf |
| 5/25/2022 | Filing | SXPET | PETITION FOR CERTIFICATION OF NEED FOR TESTIMONY BEFORE SPECIAL PURPOSE GRAND JURY PURSUANT TO OCGA 24-13-90 ET SEQ. | EX PARTE PETITION.pdf |
| 6/27/2022 | Filing | SXEF | MOTION TO QUASH SUBPOENAS | EX PARTE FILING.pdf |
| 6/28/2022 | Filing | SORDOTJ | RULE 22 ORDER-APPROVED AJC PHOTOGRAPHER | EX PARTE ORDER OF THE JUDGE.pdf |
| 6/29/2022 | Filing | SORDOTJ | RULE 22 ORDER-APPROVED; CNN PRODUCER DEVON SAYERS; CNN PHOTJOURNALIST (TBD) | EX PARTE ORDER OF THE JUDGE.pdf |
| 6/30/2022 | Filing | SORDOTJ | RULE 22 ORDER-APPROVED; WSB-TV NEWS REPORTER AND PHOTOJOURNALIST AND SANDRA PARRISH, WSB RADIO | EX PARTE ORDER OF THE JUDGE.pdf |
| 6/30/2022 | Filing | SORDOTJ | RULE 22 ORDER-APPROVED; THE ASSOCIATED PRESS KATE BRUMBACK | EX PARTE ORDER OF THE JUDGE.pdf |
| 6/30/2022 | Filing | SXEF | STATE'S RESPONSE TO MOTION TO QUASH | EX PARTE FILING.pdf |

| Date | Event | Type | Comments | Documents |
| --- | --- | --- | --- | --- |
| 7/1/2022 | Filing | SXEF | MOTION TO CONTINUE SPECIAL PURPOSE GRAND JURY APPEARANCE OF WILLIAM LIGON TO ACCOMMODATE COUNSEL'S TRIAL SCHEDULE | EX PARTE FILING.pdf |
| 7/1/2022 | Filing | SORDOTJ | RULE 22 ORDER- APPROVED; WXIA | EX PARTE ORDER OF THE JUDGE.pdf |
| 7/5/2022 | Filing | SXPET | PETITION FOR CERTIFICATION OF NEED FOR TESTIMONY BEFORE SPECIAL PURPOSE GRAND JURY PURSUANT TO OCGA 24-13-90 ET SEQ (KENNETH CHESEBRO) | EX PARTE PETITION.pdf |
| 7/5/2022 | Filing | SORDOTJ | CERTIFICATE OF MATERIAL WITNESS PURSUANT TO UNIFORM ACT TO SECURE THE ATTENDANCE OF WITNESSES FROM WITHOUT THE STATE, CODIFIED IN THE STATE OF GEORGIA AS OCGA 24-13-90 ET SEQ (LINDSEY GRAHAM) | EX PARTE ORDER OF THE JUDGE.pdf |
| 7/5/2022 | Filing | SXPET | PETITION FOR CERTIFICATION OF NEED OR TESTIMONY BEFORE SPECIAL PURPOSE GRAND JURY PURSUANT TO OCGA 24-13-90 ET SEQ (JACKI DEASON) | EX PARTE PETITION.pdf |
| 7/5/2022 | Filing | SORDOTJ | CERTIFICATE OF MATERIAL WITNESS PURSUANT TO UNIFORM ACT TO SECURE THE ATTENDANCE OF WITNESSES FROM WITHOUT THE STATE, CODIFIED IN THE STATE OF GEORGIA AS OCGA 24-13-90 ET SEQ (JACKI DEASON) | EX PARTE ORDER OF THE JUDGE.pdf |
| 7/5/2022 | Filing | SXPET | PETITION FOR CERTIFICATION OF NEED FOR TESTIMONY BEFORE SPECIAL PURPOSE GRAND JURY PURSUANT TO OCGA 24-13-90 ET SEQ (JENNA ELLIS) | EX PARTE PETITION.pdf |
| 7/5/2022 | Filing | SORDOTJ | CERTIFICATE OF MATERIAL WITNESS PURSUANT TO UNIFORM ACT TO SECURE THE ATTENDANCE OF WITNESSES FROM WITHOUT THE STATE, CODIFIED IN THE STATE OF GEORGIA AS OCGA 24-13-90 ET SEQ (RULDOLPH GIULIANI) | EX PARTE ORDER OF THE JUDGE.pdf |

| Date | Event | Type | Comments | Documents |
|---|---|---|---|---|
| 7/5/2022 | Filing | SORDOTJ | CERTIFICATE OF MATERIAL WITNESS PURSUANT TO UNIFORM ACT TO SECURE THE ATTENDANCE OF WITNESSES FROM WITHOUT THE STATE, CODIFIED IN THE STATE OF GEORGIA AS OCGA 24-13-90 ET SEQ (CLETA DEATHERAGE MITCHELL) | EX PARTE ORDER OF THE JUDGE.pdf |
| 7/5/2022 | Filing | SORDOTJ | CERTIFICATE OF MATERIAL WITNESS PURSUANT TO UNIFORM ACT TO SECURE THE ATTENDANCE OF WITNESSES FROM WITHOUT THE STATE, CODIFIED IN THE STATE OF GEORGIA AS OCGA 24-13-90 ET SEQ (KENNETH CHESEBRO) | EX PARTE ORDER OF THE JUDGE.pdf |
| 7/5/2022 | Filing | SORDOTJ | CERTIFICATE OF MATERIAL WITNESS PURSUANT TO UNIFORM ACT TO SECURE THE ATTENDANCE OF WITNESSES FROM WITHOUT THE STATE, CODIFIED IN THE STATE OF GEORGIA AS OCGA 24-13-90 ET SEQ (JENNA ELLIS) | EX PARTE ORDER OF THE JUDGE.pdf |
| 7/5/2022 | Filing | SORDOTJ | CERTIFICATE OF MATERIAL WITNESS PURSUANT TO UNIFORM ACT TO SECURE THE ATTENDANCE OF WITNESSES FROM WITHOUT THE STATE, CODIFIED IN THE STATE OF GEORGIA AS OCGA 24-13-90 ET SEQ (JOHN EASTMAN) | EX PARTE ORDER OF THE JUDGE.pdf |
| 7/5/2022 | Filing | SXPET | PETITION FOR CERTIFICATION OF NEED FOR TESTIMONY BEFORE SPECIAL PURPOSE GRAND JURY PURSUANT TO OCGA 24-13-90 ET SEQ (LINDSEY GRAHAM) | EX PARTE PETITION.pdf |
| 7/5/2022 | Filing | SXPET | PETITION FOR CERTIFICATION OF NEED FOR TESTIMONY BEFORE SPECIAL PURPOSE GRAND JURY PURSUANT TO OCGA 24-13-90 ET SEQ (CLETA DEATHERAGE MITCHELL) | EX PARTE PETITION.pdf |
| 7/5/2022 | Filing | SXPET | PETITION FOR CERTIFICATION OF NEED FOR TESTIMONY BEFORE SPECIAL PURPOSE GRAND JURY PURSUANT TO OCGA 24-13-90 ET SEQ (RUDOLPH GIULIANI) | EX PARTE PETITION.pdf |

| Date | Event | Type | Comments | Documents |
| --- | --- | --- | --- | --- |
| 7/5/2022 | Filing | SXPET | PETITION FOR CERTIFICATION OF NEED FOR TESTIMONY BEFORE SPECIAL PURPOSE GRAND JURY PURSUANT TO OCGA 24-13-90 ET SEQ (JOHN EASTMAN) | EX PARTE PETITION.pdf |
| 7/6/2022 | Filing | SORDOTJ | ORDER DENYING MOTION TO QUASH | EX PARTE ORDER OF THE JUDGE.pdf |
| 7/6/2022 | Filing | SORDOTJ | ORDER DENYING MOTION TO CONTINUE | EX PARTE ORDER OF THE JUDGE.pdf |
| 7/11/2022 | Filing | SXPET | PETITION FOR CERTIFICATION OF NEED FOR TESTIMONY BEFORE SPECIAL PURPOSE GRAND JURY PURSUANT TO OCGA 24-13-90 ET SEQ (LINDSEY GRAHAM) | EX PARTE PETITION.pdf |
| 7/11/2022 | Filing | SORDOTJ | CERTIFICATE OF MATERIAL WITNESS PURSUANT TO UNIFORM ACT TO SECURE THE ATTENDANCE OF WITNESSES FROM WITHOUT THE STATE, CODIFIED IN THE STATE OF GEORGIA AS OCGA 24-13-90 ET SEQ (LINDSEY GRAHAM) | EX PARTE ORDER OF THE JUDGE.pdf |
| 7/11/2022 | Filing | SXEF | RESPONSE TO DISTRICT ATTORNEY'S JULY 8, 2022, MEMORANDUM FOR THE COURT REGARDING GRAND JURY APPEARANCE OF WILLIAM LIGON | EX PARTE FILING.pdf |
| 7/15/2022 | Filing | SXEF | MOTION TO DISQUALIFY PROSECUTOR AND FOR OTHER RELIEF | EX PARTE FILING.pdf |
| 7/18/2022 | Filing | SXEF | NOTICE TO ADVERSE PARTY OF REMOVAL TO FEDERAL COURT (CONGRESSMAN JODY HICE) | EX PARTE FILING.pdf |
| 7/19/2022 | Filing | SXEF | MOTION TO QUASH AND DISQUALIFY (SUBPOENAS ISSUED TO: PRESIDENTIAL NOMINEE ELECTORS MARK AMICK, JOSEPH BRANNAN, BRAD CARVER, VIKKI CONSIGLIO, JOHN DOWNEY, CAROLYN FISH, KAY GODWIN, CATHY LATHAM, DAVID SHAFER, SHAWN STILL, CB YADAV) | EX PARTE FILING.pdf |
| 7/19/2022 | Filing | SXEF | OPPOSITION TO MOTION TO DISQUALIFY PROSECUTOR | EX PARTE FILING.pdf |
| 7/19/2022 | Filing | SXEF | NOTICE OF HEARING: 21 JULY 2022 AT 2PM COURTROOM 8-D | EX PARTE FILING.pdf |

| Date | Event | Type | Comments | Documents |
| --- | --- | --- | --- | --- |
| 7/20/2022 | Filing | SXR22 | REQUEST TO USE A RECORDING DEVICE PURSUANT TO RULE 22 ON RECORDING OF JUDICIAL PROCEEDINGS (APPROVED; SHALL NOT BE POOL FOR ITS MEDIA) KATE BRUMBACK | EX PARTE RULE 22.pdf |
| 7/20/2022 | Filing | SXR22 | REQUEST TO USE A RECORDING DEVICE PURSUANT TO RULE 22 ON RECORDING OF JUDICIAL PROCEEDINGS (APPROVED; SHALL NOT BE POOL FOR ITS MEDIA) CNN PRODUCER JASON MORRIS, CNN PHOTO JOURNALIST TBD | EX PARTE RULE 22.pdf |
| 7/20/2022 | Filing | SXR22 | REQUEST TO USE A RECORDING DEVICE PURSUANT TO RULE 22 ON RECORDING OF JUDICIAL PROCEEDINGS (APPROVED; SHALL NOT BE POOL FOR ITS MEDIA) TAMAR HALLERMAN AND AJC PHOTOGRAPHER | EX PARTE RULE 22.pdf |
| 7/20/2022 | Filing | SXR22 | REQUEST TO USE A RECORDING DEVICE PURSUANT TO RULE 22 ON RECORDING OF JUDICIAL PROCEEDINGS (APPROVED; SHALL NOT BE POOL FOR ITS MEDIA) CLAIRE SIMMS AND PHOTOGRAPHER | EX PARTE RULE 22.pdf |
| 7/20/2022 | Filing | SXEF | NOTICE OF ORDER TO APPEAR AND TESTIFY BEFORE FULTON COUNTY SPGJ(RUDOLPH WILLIAM LOUS GUILIANI) | EX PARTE FILING.pdf |
| 7/20/2022 | Filing | SXR22 | REQUEST TO USE A RECORDING DEVICE PURSUANT TO RULE 22 ON RECORDING OF JUDICIAL PROCEEDINGS (APPROVED) NBC STAFF | EX PARTE RULE 22.pdf |
| 7/20/2022 | Filing | SXR22 | REQUEST TO USE A RECORDING DEVICE PURSUANT TO RULE 22 ON RECORDING OF JUDICIAL PROCEEDINGS | EX PARTE RULE 22.pdf |
| 7/22/2022 | Filing | SXEF | SUPPLEMENTAL BRIEF IN SUPPORT OF MOTION TO DISQUALIFY PROSECUTOR | EX PARTE FILING.pdf |
| 7/25/2022 | Filing | SXEF | SUPPLEMENTAL BRIEF OPPOSITION TO MOTION TO DISQUALIFY PROSECUTOR | EX PARTE FILING.pdf |
| 7/25/2022 | Filing | SORDOTJ | ORDER DISQUALIFYING DISTRICT ATTORNEY'S OFFICE - AS TO SENATOR JONES ONLY | EX PARTE FILING.pdf |

| Date | Event | Type | Comments | Documents |
| --- | --- | --- | --- | --- |
| 7/26/2022 | Filing | SORDOTJ | ADDENDUM TO ORDER DISQUALIFYING DISTRICT ATTORNEY'S OFFICE | EX PARTE ORDER OF THE JUDGE.pdf |
| 7/29/2022 | Filing | SXEF | NOTICE OF REMOVAL OF ACTION TO THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF GEORGIA | EX PARTE FILING.pdf |
| 8/1/2022 | Filing | SXEF | MOTION FOR LEAVE TO FILE UNDER SEAL PURSUANT TO UNIFORM SUPERIOR COURT RULE 21 | EX PARTE FILING.pdf |
| 8/3/2022 | Filing | SXEF | RESPONSE IN OPPOSITION TO MOTION FOR LEAVE TO FILE UNDER SEAL PURSUANT TO UNIFORM SUPERIOR COURT RULE 21 | EX PARTE FILING.pdf |
| 8/8/2022 | Filing | SORDOTJ | PERMISSION TO USE RECORDING DEVICE AND/OR SOUND DURING ALL OR PORTIONS OF THE PROCEEDINGS IN THE ABOVE CASE. DESIRES TO USE THE FOLLOWING COMPUTERS OF ANY SIZE( TABLET, A NOTEBOOK, A LAPTOP, SMART PHONE, AND ANY SIMILAR DEVICE; APPROVED- SHALL NOT BE POOL FOR IT'S MEDIA- KATE BRUMBACK | EX PARTE ORDER OF THE JUDGE.pdf |
| 8/8/2022 | Filing | SORDOTJ | PERMISSION TO USE RECORDING DEVICE AND/OR SOUND DURING ALL OR PORTIONS OF THE PROCEEDINGS IN THE ABOVE CASE. DESIRES TO USE THE FOLLOWING COMPUTERS OF ANY SIZE( TABLET, A NOTEBOOK, A LAPTOP, SMART PHONE, AND ANY SIMILAR DEVICE; APPROVED- SHALL NOT BE POOL FOR IT'S MEDIA- ASSOCIATED PRESS VIDEO JOURNALIST | EX PARTE ORDER OF THE JUDGE.pdf |
| 8/8/2022 | Filing | SXEF | RUDOLPH WILLIAM LOUIS GIULIANI'S EMERGENCY MOTION TO CONTINUE HEARING/GRAND JURY APPEARANCE PURSUANT TO O.C.G.A. 24-13-26 | EX PARTE FILING.pdf |

| Date | Event | Type | Comments | Documents |
|---|---|---|---|---|
| 8/8/2022 | Filing | SORDOTJ | PERMISSION TO USE RECORDING DEVICE AND/OR SOUND DURING ALL OR PORTIONS OF THE PROCEEDINGS IN THE ABOVE CASE. DESIRES TO USE THE FOLLOWING COMPUTERS OF ANY SIZE( TABLET, A NOTEBOOK, A LAPTOP, SMART PHONE, AND ANY SIMILAR DEVICE; APPROVED- SHALL NOT BE POOL FOR IT'S MEDIA- ASSOCIATED PRESS STILL PHOTOGRAPHER | EX PARTE ORDER OF THE JUDGE.pdf |
| 8/8/2022 | Filing | SXEF | DISTRICT ATTORNEY'S RESPONSE IN OPPOSITION TO RUDOLPH GIULIANI'S EMERGENCY MOTION. | EX PARTE FILING.pdf |
| 8/8/2022 | Filing | SORDOTJ | PERMISSION TO USE RECORDING DEVICE AND/OR SOUND DURING ALL OR PORTIONS OF THE PROCEEDINGS IN THE ABOVE CASE. DESIRES TO USE THE FOLLOWING COMPUTERS OF ANY SIZE( TABLET, A NOTEBOOK, A LAPTOP, SMART PHONE, AND ANY SIMILAR DEVICE; APPROVED- SHALL NOT BE POOL FOR IT'S MEDIA- TAMAR HALLERMAN, BILL RANKIN, AND AJC PHOTOGRAPHER | EX PARTE ORDER OF THE JUDGE.pdf |
| 8/8/2022 | Filing | SORDOTJ | PERMISSION TO USE RECORDING DEVICE AND/OR SOUND DURING ALL OR PORTIONS OF THE PROCEEDINGS IN THE ABOVE CASE. DESIRES TO USE THE FOLLOWING COMPUTERS OF ANY SIZE( TABLET, A NOTEBOOK, A LAPTOP, SMART PHONE, AND ANY SIMILAR DEVICE; APPROVED- SHALL BE POOL FOR IT'S MEDIA- WSB-TV | EX PARTE ORDER OF THE JUDGE.pdf |
| 8/8/2022 | Filing | SORDOTJ | PERMISSION TO USE RECORDING DEVICE AND/OR SOUND DURING ALL OR PORTIONS OF THE PROCEEDINGS IN THE ABOVE CASE. DESIRES TO USE THE FOLLOWING COMPUTERS OF ANY SIZE( TABLET, A NOTEBOOK, A LAPTOP, SMART PHONE, AND ANY SIMILAR DEVICE; APPROVED- SHALL NOT BE POOL FOR IT'S MEDIA- JEFF ARAK | EX PARTE ORDER OF THE JUDGE.pdf |

| Date | Event | Type | Comments | Documents |
|---|---|---|---|---|
| 8/8/2022 | Filing | SORDOTJ | RULE NISI - HEARING ON EMERGENCY MOTION TO CONTINUE HEARING/GRAND JURY APPEARANCE IS SET BEFORE JUDGE ROBERT C.I. MCBURNEY ON THE 9TH DAY OF AUGUST 2022 AT 12:30P.M., IN COURTROOM 8-D. | EX PARTE ORDER OF THE JUDGE.pdf |
| 8/8/2022 | Filing | SORDOTJ | PERMISSION TO USE RECORDING DEVICE AND/OR SOUND DURING ALL OR PORTIONS OF THE PROCEEDINGS IN THE ABOVE CASE. DESIRES TO USE THE FOLLOWING COMPUTERS OF ANY SIZE( TABLET, A NOTEBOOK, A LAPTOP, SMART PHONE, AND ANY SIMILAR DEVICE; APPROVED- SHALL NOT BE POOL FOR IT'S MEDIA- CNN | EX PARTE ORDER OF THE JUDGE.pdf |
| 8/9/2022 | Filing | SXEF | RUDOLPH WILLIAM GIULIANI'S REPLY TO THE STATE'S RESPONSE TO HIS EMERGENCY MOTION TO CONTINUE HEARING/GRAND JURY APPEARANCE PURSUANT TO OCGA 24-13-26 | EX PARTE FILING.pdf |
| 8/15/2022 | Filing | SORDOTJ | ORDER RE: CERTAIN SECURITY PROCEDURES | EX PARTE ORDER OF THE JUDGE.pdf |
| 8/15/2022 | Filing | SORDOTJ | ORDER SEALING DOCUMENT | EX PARTE ORDER OF THE JUDGE.pdf |
| 8/16/2022 | Filing | SXEF | MOTION FOR RECONSIDERATION OF JULY 25, 2022 DISQUALIFICATION ORDER OR, IN THE ALTERNATIVE FOR A CERTIFICATE OF IMMEDIATE REVIEW | EX PARTE FILING.pdf |

© 2022 Tyler Technologies, Inc. | All Rights Reserved
Version: 2022.7.0.10108


EMPOWERED BY TYLER TECHNOLOGIES