IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: SUBPOENA TO NON-PARTY LINDSEY O. GRAHAM in his official capacity as United States Senator, | : : : : | |
| | : | CIVIL ACTION NO. 1:22-cv-03027-LMM |
| In the matter of: | : : | |
| SPECIAL PURPOSE GRAND JURY, FULTON COUNTY SUPERIOR COURT CASE NO. 2022-EX-000024. | : : : : : | |

## ORDER

This matter is before the Court on United States Senator Lindsey Graham's Emergency Motion to Stay Order and Enjoin Select Grand Jury Proceedings Pending Appeal. Dkt. [29]. The Office of the Fulton County District Attorney is hereby **ORDERED** to respond to Senator Graham's Emergency Motion, Dkt. [29], by 9:00 AM on Friday, August 19, 2022.

**IT IS SO ORDERED** this 17th day of August, 2022.

_____
**Leigh Martin May**
**United States District Judge**