# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| *In re* Subpoena to Non-Party Lindsey O. Graham in his official capacity as United States Senator,<br><br>In the matter of:<br><br>Special Purpose Grand Jury, Fulton County Superior Court Case No. 2022-EX-000024. | Case No. 1:22-cv-03027-LMM |

# NOTICE OF APPEAL

NOTICE IS HEREBY GIVEN that United States Senator Lindsey Graham, Defendant-Appellant, hereby appeals to the United States Court of Appeals for the Eleventh Circuit from the district court's Order denying Senator Graham's expedited motion to quash and ordering remand to the Superior Court of Fulton County entered on August 15, 2022 (Doc. 27) (attached hereto as Exhibit 1). *See* Fed. R. App. P. 4(a)(1).

| | |
|---|---|
| Date: August 17, 2022 | Respectfully submitted, |
| | /s/ Brian C. Lea |
| DONALD F. MCGAHN II | BRIAN C. LEA |
| *Admitted pro hac vice* | Georgia Bar No. 213529 |
| ROBERT LUTHER III | JONES DAY |
| *Admitted pro hac vice* | 1221 Peachtree Street, N.E., |
| JONES DAY | Suite 400 |
| 51 Louisiana Ave., NW | Atlanta, Georgia 30361 |
| Washington, DC 20001 | (404) 521-3939 |
| (202) 879-3939 | blea@jonesday.com |
| dmcgahn@jonesday.com | |
| rluther@jonesday.com | E. BART DANIEL |
| | *Admitted pro hac vice* |
| | MARSHALL T. AUSTIN |
| | *Application for admission* |
| | *pro hac vice pending* |
| | NELSON MULLINS RILEY & |
| | SCARBOROUGH LLP |
| | 151 Meeting Street, |
| | Suite 600 |
| | Charleston, SC 29401 |
| | (843) 853-5200 |
| | bart.daniel@nelsonmullins.com |
| | matt.austin@nelsonmullins.com |

*Counsel for United States Senator Lindsey Graham*

# CERTIFICATE OF SERVICE

I hereby certify that on August 17, 2022, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent to all attorneys of record by operation of the Court's electronic filing system.

Date: August 17, 2022

/s/ Brian C. Lea
BRIAN C. LEA
Georgia Bar No. 213529
JONES DAY
1221 Peachtree Street, N.E.,
Suite 400
Atlanta, Georgia 30361
(404) 521-3939
blea@jonesday.com

*Counsel for United States Senator Lindsey Graham*