# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF GEORGIA
### 2211 UNITED STATES COURTHOUSE
### 75 TED TURNER DRIVE, SW
### ATLANTA, GEORGIA 30303-3361

**KEVIN P. WEIMER**
**DISTRICT COURT EXECUTIVE**
 **AND CLERK OF COURT**

DOCKETING SECTION<br>404-215-1655

August 18, 2022

Clerk's Office
U.S. Court of Appeals
Eleventh Circuit
56 Forsyth Street, NW
Atlanta, GA 30303

> **U.S.D.C. No.: 1:22-cv-3027-LMM**
> **U.S.C.A. No.: 00-00000-00**
> **In re:      Fulton County Special Purpose Grand Jury v. Lindsey Graham**

Enclosed are documents regarding an appeal in this matter.   Please acknowledge receipt on the enclosed copy of this letter.

| | |
|---|---|
| **X** | **Certified copies of the Notice of Appeal, Clerk's Judgment, Order and Docket Sheet appealed enclosed.** |
| ___ | This is not the first notice of appeal. Other notices were filed on: . |
| ___ | There is no transcript. |
| **X** | **The court reporter is Montrell Vann.** |
| ___ | There is sealed material as described below: . |
| ___ | Other: . |
| **X** | **Fees paid electronically on 8/17/22. (Receipt# AGANDC-12004815)** |
| ___ | Appellant has been   leave to proceed *in forma pauperis*. |
| ___ | This is a bankruptcy appeal.   The Bankruptcy Judge is . |
| ___ | The Magistrate Judge is . |
| **X** | **The District Judge is Leigh Martin May.** |
| ___ | This is a **DEATH PENALTY** appeal. |

Sincerely,

Kevin P. Weimer
District Court Executive
and Clerk of Court

By:  /s/P. McClam
Deputy Clerk