# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

August 26, 2022

Norman Larry Eisen
States United Democracy Center
1101 17TH ST NW STE 250
WASHINGTON, DC 20036

Appeal Number: 22-12696-DD
Case Style: Fulton County Special Purpose Grand Jury v. Lindsey Graham
District Court Docket No: 1:22-cv-03027-LMM

Electronic Filing
All counsel must file documents electronically using the Electronic Case Files ("ECF") system, unless exempted for good cause. Although not required, non-incarcerated pro se parties are permitted to use the ECF system by registering for an account at www.pacer.gov. Information and training materials related to electronic filing are available on the Court's website.

Your Application to Appear Pro Hac Vice in this appeal has been GRANTED.

Counsel who wish to participate in this appeal must complete and electronically file an appearance form within fourteen (14) days (appearance of counsel forms are available on the court's website). The clerk may not process filings from an attorney until that attorney files an appearance form. See 11th Cir. R. 46-6.

If you have not yet registered for the Electronic Case Files (ECF) system, information regarding registration can be found on the court's website under "E-Filing Information (CM/ECF)".

Sincerely,

DAVID J. SMITH, Clerk of Court

Reply to: Brad Holland, DD
Phone #: 404-335-6181

MOT-2 Notice of Court Action

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 22-12696-DD

_____

FULTON COUNTY SPECIAL PURPOSE GRAND JURY,

                              Plaintiff-Appellee,

versus

LINDSEY GRAHAM,
in his official capacity as United States Senator,

                              Defendant-Appellant.

_____

Appeal from the United States District Court
for the Northern District of Georgia

_____

ORDER:

    The Application to Appear Pro Hac Vice submitted by Norman Eisen, seeking to represent Donald B. Ayer, John Farmer, Renato Mariotti, Sarah R. Saldana, William F. Weld, and Shan Wu, is hereby GRANTED.

                                              DAVID J. SMITH
                              Clerk of the United States Court of
                                  Appeals for the Eleventh Circuit

                            ENTERED FOR THE COURT - BY DIRECTION