IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 22-12696-DD

_____

FULTON COUNTY SPECIAL PURPOSE GRAND JURY,

                                                            Plaintiff - Appellee,

versus

LINDSEY GRAHAM,
in his official capacity as United States Senator,

                                                            Defendant - Appellant.

_____

On Appeal from the United States
District Court for the Northern District of Georgia

_____

ORDER:

      Appellant's "Motion for Clarification of the Court's September 2, 2022 Order by Senator Lindsey O. Graham" is GRANTED. The Court clarifies that the September 2, 2022 order limits further submissions only with respect to the pending "Emergency Motion by Senator Lindsey O. Graham to Stay District Court's Order and Enjoin Select Grand Jury Proceedings Pending Appeal." The Appellant's initial brief remains due October 11, 2022.

                                                                  DAVID J. SMITH
                                                Clerk of the United States Court of
                                                     Appeals for the Eleventh Circuit

                                        ENTERED FOR THE COURT – BY DIRECTION