| | |
|---|---|
| **From:** | ecf_help@ca11.uscourts.gov |
| **To:** | GANDdb_efile_Appeals_Clerk |
| **Subject:** | 22-12696-DD Fulton County Special Purpose Grand Jury v. Lindsey Graham "Amended Notice of Appeal" (1:22-cv-03027-LMM) |
| **Date:** | Wednesday, September 28, 2022 3:16:02 PM |

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing.

### United States Court of Appeals for the Eleventh Circuit

**Notice of Docket Activity**

The following transaction was entered on 09/28/2022 at 3:14:46 PM Eastern Daylight Time and filed on 09/26/2022

| | |
|---|---|
| **Case Name:** | Fulton County Special Purpose Grand Jury v. Lindsey Graham |
| **Case Number:** | 22-12696 |
| **Document(s):** | Document(s) |

**Docket Text:**
Amended Notice of Appeal filed by Attorney Brian Charles Lea for Appellant Lindsey Graham.

**Notice will be electronically mailed to:**

Clerk - Northern District of Georgia, Clerk of Court
Norman Larry Eisen
Brian Charles Lea
Thomas Lee
Robert Luther, III
Joshua Adam Matz
R. Trent McCotter
Lanora Christine Pettit
Maithreyi Ratakonda
Aaron Scherzer
Andrew L. Schlafly
Raymond P. Tolentino
Francis McDonald Wakeford, IV
Jonathan L. Williams
John Wooten


The following document(s) are associated with this transaction:
**Document Description:** Amended Notice of Appeal
**Original Filename:** graham anoa.pdf
**Electronic Document Stamp:**
[STAMP acecfStamp_ID=1160056652 [Date=09/26/2022] [FileNumber=9771273-0]
[8b4b0eb5ee58c841db0d4e1e3a8ae215fb653b29721b1e54d7ab4367a15dddfb229d9d896637a370302c24602711e48f2e6dd264d06ea1e3a99b62a9abea221b]]