# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

December 20, 2022

Clerk - Northern District of Georgia
Richard B. Russell Bldg & US Courthouse
2211 UNITED STATES COURTHOUSE
75 TED TURNER DR SW
STE 2211
ATLANTA, GA 30303-3309

Appeal Number: 22-12696-DD
Case Style: Fulton County Special Purpose Grand Jury v. Lindsey Graham
District Court Docket No: 1:22-cv-03027-LMM

The enclosed copy of this Court's Order of Dismissal is issued as the mandate of this court. <u>See</u> 11th Cir. R. 41-4. Counsel and pro se parties are advised that pursuant to 11th Cir. R. 27-2, "a motion to reconsider, vacate, or modify an order must be filed within 21 days of the entry of such order. No additional time shall be allowed for mailing."

Any pending motions are now rendered moot in light of the attached order.

Sincerely,

DAVID J. SMITH, Clerk of Court

Reply to: Bradly Wallace Holland, DD/lt
Phone #: 404-335-6130

Enclosure(s)

DIS-4 Multi-purpose dismissal letter

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

───────────────────

No. 22-12696-DD

───────────────────

FULTON COUNTY SPECIAL PURPOSE GRAND JURY,

                                                          Plaintiff - Appellee,

versus

LINDSEY GRAHAM,
in his official capacity as United States Senator,

                                                          Defendant - Appellant.

───────────────────

Appeals from the United States District Court
for the Northern District of Georgia

───────────────────

Before: WILSON, NEWSOM, and GRANT, Circuit Judges.

BY THE COURT:

    Appellant's motion to dismiss is GRANTED in that the appeal is DISMISSED AS MOOT, and we VACATE the orders on appeal and REMAND with instructions for the district court to dismiss the case as moot.

    Appellant's motion to stay appellate proceedings is DENIED AS MOOT.

    The Clerk's Office is DIRECTED to close the file on this appeal.