IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE: SUBPOENA TO NON-PARTY LINDSEY O. GRAHAM in his official capacity as United States Senator,<br><br>In the matter of:<br><br>SPECIAL PURPOSE GRAND JURY, FULTON COUNTY SUPERIOR COURT CASE NO. 2022-EX-000024. | CIVIL ACTION NO. 1:22-cv-03027-LMM |

## ORDER

This case comes before the Court on an Order of Dismissal from the U.S. Court of Appeals for the Eleventh Circuit [53]. After all proceedings regarding this matter concluded, the Eleventh Circuit remanded the case to this Court with instructions to dismiss the case as moot. Accordingly, this case is **DISMISSED as moot**. The Clerk is **DIRECTED** to **CLOSE** this case.

**IT IS SO ORDERED** this 28th day of December, 2022.

_____
**Leigh Martin May**
**United States District Judge**