UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| FULTON COUNTY SPECIAL PURPOSE GRAND JURY,<br>           Plaintiff(s),<br><br>vs.<br><br>LINDSEY GRAHAM, IN HIS OFFICIAL CAPACITY AS UNITED STATES SENATOR,<br>           Defendant(s). | CIVIL ACTION FILE<br><br>NO.  1:22-cv-03027-LMM |

## J U D G M E N T

This action having come before the court, Honorable Leigh Martin May, United States District Judge, for consideration, it is

**Ordered and Adjudged** that the action be **DISMISSED** as moot.

Dated at Atlanta, Georgia, this 28th day of December, 2022.

           KEVIN P. WEIMER
           CLERK OF COURT

By: s/J. Arnold
      Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
December 28, 2022
Kevin P. Weimer
Clerk of Court

By:   s/J. Arnold
      Deputy Clerk